DENNIS K. BURKE
United States Attorney
Two Renaissance Square
40 North Central Ave. Suite 1200
Phoenix, AZ 85004-4408
Telephone: (602) 514-7500

STEVEN P. JOHNSON
CAROLINE A. NEWMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Tele: (202) 353-1857
Steven.P.Johnson@usdoj.gov
Caroline.A.Newman@usdoj.gov
Western.TaxCivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ARIZONA

| | |
|---|---|
| STEFAN KASIAN, <br><br> Petitioner, <br><br> v. <br><br> INTERNAL REVENUE SERVICE and IRS REVENUE AGENT DAVID TOLMAN, <br><br> Respondents. | Civil No. 2:10-mc-00058-PHX-JAT <br><br> **UNITED STATES' MOTION TO DISMISS THE PETITION TO QUASH SUMMONSES** |

Respondents the Internal Revenue Service and IRS Revenue Agent David Tolman ("United States"), by and through the undersigned counsel, hereby move this honorable Court to dismiss petitioner Stefan Kasian's Petition To Quash Summonses. As set forth in the Memorandum of Law and the Declaration of IRS Revenue Agent David Tolman, with exhibits, which are being filed herewith, the Internal Revenue Service and IRS Revenue Agent David Tolman are not the proper respondents in this suit and the United States should be substituted as the proper party herein. Further, this Court does not have subject matter jurisdiction to hear petitioner's claims because he has failed to make allegations that support a waiver of sovereign immunity by the United States.

Specifically, Mr. Kasian filed this instant action after the period for bringing such a proceeding had lapsed. Therefore, the Court should grant the United States' Motion and dismiss this suit with prejudice, in its entirety.

Dated this 8th day of July, 2010.

        DENNIS K. BURKE
        United States Attorney

        s/ Steven P. Johnson
        STEVEN P. JOHNSON
        CAROLINE A. NEWMAN
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, D.C.  20044-0683

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **UNITED STATES' MOTION AND MEMORANDUM TO DISMISS THE PETITION TO QUASH SUMMONSES** and the **DECLARATION OF IRS REVENUE AGENT DAVID TOLMAN** (with exhibits) has been made this 8th day of July, 2010, by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed to:

>Mr. Stefan Kasian
>4400 North Scottsdale Road, #9720
>Scottsdale, Arizona 85251
>*pro se petitioner*

>  s/ Steven P. Johnson
> STEVEN P. JOHNSON
> Trial Attorney, Tax Division
> U.S. Department of Justice